**FILED**
**United States Court of Appeals**
**Tenth Circuit**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

**March 10, 2023**

**Christopher M. Wolpert**
**Clerk of Court**

_____

BRETT HEMRY; GENALYN HEMRY, individuals and as next friends of F.M.H., a minor child,

    Plaintiffs - Appellees,

v.

BRADLEY M. ROSS; MEHRAN AZIZIAN, Agents and Servants of the National Park Service, United States Department of Interior,

    Defendants - Appellants,

and

ROBERT R. COOKE; BRETT M. TILLERY, Agents and Servants of the Sheriff of Park County Wyoming; JOHN DOES 1-10,

    Defendants.

No. 22-8002
(D.C. No. 2:21-CV-00136-ABJ)
(D. Wyo.)

_____

**JUDGMENT**
_____

Before **TYMKOVICH**, **KELLY**, and **MATHESON**, Circuit Judges.
_____

    This case originated in the District of Wyoming and was argued by counsel.

    The judgment of that court is reversed. The case is remanded to the United States

District Court for the District of Wyoming for further proceedings in accordance with the opinion of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk