**FILED**

2:19 pm, 5/22/23

**Margaret Botkins
Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| Hemry, et al, | |
|---|---|
| Plaintiffs, | |
| vs. | Case Number: 21-CV-00136-ABJ |
| Cooke, et al, | |
| Defendants. | |

## ORDER ON MANDATE

The above entitled matter having been appealed to the United States Court of Appeals for the Tenth Circuit and the appellate court having reversed and remanded this case on May 22, 2023, it is

ORDERED that this matter be restored to the civil docket for further action as is consistent with the mandate.

Dated this 22nd day of May, 2023.

Alan B. Johnson
United States District Judge