Case 2:21-cv-00136-ABJ   Document 60   Filed 05/25/23   Page 1 of 3

Timothy W. Miller, Bar No. 5-2704
Senior Assistant Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002
(307) 777-5820
(307) 777-8920 facsimile
tim.miller@wyo.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| BRETT HEMRY, Individually and as Next Friend of F.M.H., GENALYN HEMRY, Individually and as Next Friend of F.M.H., and F.M.H., a minor child, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 21-CV-136-J |
| ROBERT R. COOKE, et al., | ) ) | |
| Defendants. | ) ) | |

## DEFENDANTS' UNOPPOSED MOTION TO CONTINUE
## SCHEDULING CONFERENCE

Defendants Robert R. Cooke and Brett M. Tillery, in their individual capacities, hereby respectfully and regretfully move for a continuance of the scheduling conference in this matter and state as follows:

1. On May 23, 2023, the Court set a scheduling conference for June 7, 2023.

2. Of the attorneys from the Attorney General's Office who have entered an appearance in this matter, the undersigned is the only attorney still employed by the Office.

3. The undersigned is principally responsible for this case.

4. The undersigned will be out of the country on a long-planned trip on June 7, 2023. Counsel will return to the office on June 14, 2023.

5.	The undersigned would prefer to participate in the scheduling conference rather than have another lawyer in the office pinch hit.

6.	Under the circumstances, defendants respectfully submit that good cause exists to continue the scheduling conference.

7.	The undersigned contacted plaintiff's counsel, and counsel does not object to the requested continuance.

WHEREFORE, defendants respectfully request that the Court postpone the scheduling conference until June 14, 2023 or later, at the convenience of the Court.

DATED this 25th day of May, 2023.

/s/Timothy W. Miller
Timothy W. Miller, Bar No. 5-2704
Senior Assistant Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002
(307) 777-5820
tim.miller@wyo.gov

Attorney for Defendants

## CERTIFICATE OF SERVICE

The undersigned does certify that on the 25th day of May, 2023, a true and correct copy of the foregoing **Defendants' Unopposed Motion to Continue Scheduling Conference** was served as indicated on the following:

| | |
|---|---|
| Robert T. Moxley<br>Robert T. Moxley, P.C.<br>P.O. Box 565<br>Cheyenne, WY 82003<br>vaccinelawyer@gmail.com | [✓] CM/ECF |

*/s/Gabby Sherman*
Gabby Sherman, Paralegal
Office of the Wyoming Attorney General